FILED ___ ENTERED
LODGED ___ RECEIVED

NOV 10 2010

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY_____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DAVID MUNGAI NJENGA,

Petitioner,

v.

UNITED STATES OF AMERICA,

Respondent.

Case No. 10-cv-1398-RAJ JLR

ORDER OF DISMISSAL

10-CV-01398-ORD

The Court, having reviewed petitioner's proposed "Petition and Request for Criminal Prosecution of Certain Individuals," application to proceed *in forma pauperis* ("IFP"), "Motion to Consolidate Cases," the Report and Recommendation of the Honorable James P. Donohue, Petitioner's Objection to Report and Recommendation (Oct 9), and the balance of the record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) Petitioner's proposed petition, Dkt. 1, is DISMISSED with prejudice under 28 U.S.C. § 1915(e)(2)(B) for failure to state a claim upon which relief may be granted;

(3) Petitioner's application to proceed IFP, Dkt. 5, is DENIED as moot;

(4) Petitioner's motion to consolidate cases, Dkt. 6, is DENIED as moot;

(5) This dismissal constitutes a strike for purposes of 28 U.S.C. § 1915(g); and

ORDER OF DISMISSAL
PAGE - 1

(6)     The Clerk is directed to send copies of this Order to petitioner and to the Honorable James P. Donohue.

DATED this 10th day of November, 2010.

~~RICHARD A. JONES~~ James L. Robart
United States District Judge

ORDER OF DISMISSAL
PAGE - 2